UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-43-FDW

| WILLIAM CARAWAN, JR., | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) ORDER |
| FNU MITCHELL, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court following Plaintiff's failure to comply with the Court's Order granting Plaintiff the opportunity to amend his Complaint to cure the deficiencies in the Complaint. See (Doc. No. 7).

Pro se Plaintiff William Carawan, Jr., a North Carolina state inmate currently incarcerated at Lanesboro Correctional Institution in Polkton, North Carolina, filed this action on January 25, 2016, pursuant to 42 U.S.C. § 1983. Following an initial review by this Court, the Court determined, in an order dated March 18, 2016, that the Complaint in its current form is deficient because the Complaint purports to bring multiple, unrelated claims against numerous defendants, and it is, therefore, not in compliance with FED. R. CIV. P. 20(a). (Doc. No. 7 at 2). The Court gave Plaintiff thirty days in which to amend the Complaint to cure the deficiencies. (Id. at 3). The Court expressly warned Plaintiff that his failure to amend the Complaint in accordance with the Court's order would result in dismissal without prejudice and without further notice to Plaintiff. (Id.).

On April 15, 2016, Plaintiff filed a motion for extension of time to file an Amended

1

Complaint. (Doc. No. 8). By order dated April 21, 2016, this Court granted Plaintiff an additional 45 days from service of the Complaint to amend his Complaint. (Doc. No. 9). The Court stated in the order that no further extensions of time would be granted. (Id. at 1). More than 45 days have elapsed since this Court's service of this second order, and Plaintiff has failed to submit an Amended Complaint. Given that Plaintiff has failed to respond to this Court's order giving him the opportunity to cure the deficiencies in his Complaint, this action will be dismissed without prejudice for failure to prosecute.

**IT IS, THEREFORE, ORDERED that:**

(1) This action is dismissed without prejudice.

(2) The Clerk of this Court is directed to terminate this action.

Frank D. Whitney
Chief United States District Judge