# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| William Carawan Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00043-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Mitchell | ) | |
| FNU Miller | | |
| FNU McCoy | | |
| FNU Bennett | | |
| Lain Bird | | |
| FNU Hammonds | | |
| FNU Tillman | | |
| FNU Mullis | | |
| FNU Jarman | | |
| FNU Williams | | |
| FNU Helms | | |
| FNU Horne | | |
| FNU McLadon | | |
| FNU Deal | | |
| FNU Lee | | |
| FNU Francis | | |
| FNU Snipes | | |
| FNU Kiker | | |
| FNU Burris | | |
| FNU McReynolds | | |
| FNU Bergman, | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Complaint  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 14, 2016 Order.

July 14, 2016

Frank G. Johns, Clerk
United States District Court